## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 199 WELFARE, PENSION, APPRENTICESHIP & TRAINING, ANNUITY, AND LABORERS-EMPLOYERS COOPERATIVE EDUCATION TRUST FUNDS, INC. 5 Hotel Metal Street, Suite 200 Pittsburgh, PA 15203 and LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 308 Markus Court New Castle, DE 19713<br>　　　　　　　　　　Plaintiffs<br>　　　　v.<br>BENCARDINO EXCAVATING, INC. 1423 Wells Avenue Bensalem, PA 19020<br>　　　　　　　　　　Defendant. | CIVIL ACTION NO. 1:20-CV-01505-RGA |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties that the above matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear their own fees and costs.

| MARKOWITZ & RICHMAN | BAIRD MANDALAS BROCKSTEDT, LLC |
|---|---|
| /s/ *Claiborne S. Newlin*<br>Claiborne S. Newlin, Esq.<br>Delaware ID No. 4745<br>Legal Arts Building<br>1225 King Street, Suite 804<br>Wilmington, DE 19801<br>Tel.: (302) 656-2308<br>cnewlin@markowitzandrichman.com<br>*Counsel for Plaintiffs* | /s/ *Victoria K. Petrone*<br>Victoria K. Petrone, Esquire<br>Delaware ID No. 4210<br>2711 Centerville Road, Suite 401<br>Wilmington, DE 19808<br>(302) 327-1100<br>vpetrone@bmbde.com<br>*Counsel for Defendant* |

Dated: July 22, 2021

**SO ORDERED** this  22  day of  July  , 2021.

　　　　　　　　　　/s/ Richard G. Andrews
　　　　　　　　　　THE HONORABLE RICHARD G. ANDREWS